■ In the Matter of WARREN TABOLT, Respondent, v LESLIE TABOLT, Appellant. [758 NYS2d 885] —Appeal from an order of Family Court, Oneida County (Cook, J.), entered April 24, 2002, which awarded the parties joint custody of the children with primary residence to petitioner and visitation to respondent.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Oneida County, Cook, J. Present—Pigott, Jr., P.J., Green, Wisner, Burns and Lawton, JJ.